UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

GABRIEL HENAO, individually and on
behalf of all other persons similarly situated,

Plaintiff,

–against–

11 CV 2492 (JO)

ROBIN'S FRESH PIZZA INC. d/b/a PAPA
JOHN'S PIZZA, RAVI CHOPRA, and
SURINDER CHOPRA, jointly and severally,

Defendants.

## STIPULATION AND ORDER OF DISMISSAL

Whereas the parties in this action have settled, it is hereby stipulated by and between the parties, and ordered by this court that this action is dismissed with prejudice.

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _____
Brandon D. Sherr
bsherr@zellerlegal.com
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246

GOTTLIEB & ASSOCIATES
Jeffrey M. Gottlieb (JG7905)
nyjg@aol.com
Dana Lauren Gottlieb (DG6151)
danalgottlieb@aol.com
150 East 18th Street, Suite PHR
New York, N.Y. 10003
Telephone: (212) 228-9795
Facsimile: (212) 982-6284
**ATTORNEYS FOR PLAINTIFF**

Dated: July 16, 2012
New York, New York

1

|  |  |
|---|---|
| | PASKOFF & TAMBER, LLP |
| | By: _____ |
| | Adam Paskoff |
| | skofflaw@att.net |
| | 225 W 34TH ST STE 1303 |
| | NEW YORK, NY  10122-1303 |
| | Telephone: (212) 643-5454 |
| Dated: 7/16/2012 | Facsimile: (212) 643-2346 |
| New York, New York | **ATTORNEYS FOR DEFENDANTS** |

SO ORDERED.

Dated: _____     _____
  Brooklyn, New York                  Hon. James Orenstein
                                      United States Magistrate Judge